

P.O. BOX 44
MANLIUS, NY 13104

315.314.4545
PAUL@PAULTUCKLAW.COM

September 10, 2025

*Via ECF*

Hon. Thérèse Wiley Dancks
Chief United States Magistrate Judge
Federal Building and U.S. Courthouse
Syracuse, New York 13261

RE: Waiver of Detention and Preliminary Hearing
*United States v. Juarez-Lopez*, 5:25-MJ-270 (TWD)

Dear Judge Dancks:

    I represent Argentina Juarez-Lopez in the above-captioned action. On September 8, 2025, Ms. Juarez-Lopez was arraigned on a criminal complaint charging her with one count of illegal reentry in violation of 8 U.S.C. § 1326(a). At that time, the government asked for a detention hearing pursuant to 18 U.S.C. § 3142(f)(2)(A), and the Court granted that request. A detention hearing is scheduled for September 11, 2025, in Syracuse. The Court also scheduled a preliminary hearing for September 22, 2025.

    I have had an opportunity to discuss the matter of a detention and preliminary hearing at length with Ms. Juarez-Lopez. We discussed the procedure of each of these hearings and the pros and cons of those proceedings. After careful consideration, she has decided to waive a timely detention hearing and to reserve her right to request a detention hearing in the future. She has also decided to waive her right to a preliminary hearing.

    Please let me know if the Court requires any further information or elaboration of Ms. Juarez-Lopez's waiver of those hearings.

Respectfully submitted,

 /s/ Paul Tuck
Paul Tuck

cc: AUSA Michael Perry, via ECF
Jonathan Mordoff, US Probation, via email

