IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. 5:25-CR-424 (BKS) |
| | ) | |
| v. | ) | Indictment |
| | ) | |
| **ARGENTINA JUAREZ-LOPEZ,** | ) | Violation:  8 U.S.C. § 1326(a) |
| | ) | [Illegal Re-entry] |
| **Defendant.** | ) | |
| | ) | 1 Count |
| | ) | |
| | ) | County of Offense:  Cayuga |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**[Illegal Re-entry]**

On or about September 4, 2025, in Cayuga County in the Northern District of New York, the defendant, **ARGENTINA JUAREZ-LOPEZ**, an alien, native and citizen of Guatemala, who had been deported and removed from the United States, was thereafter found in the United States near Cato, New York, without having obtained the express consent of the Attorney General or her successor, the Secretary of the Department of Homeland Security, to reapply for admission, in violation of Title 8, United States Code, Section 1326(a).

Dated:  October 23, 2025

A TRUE BILL,

_____
Grand Jury Foreperson

** Grand Jury Foreperson Name Redacted **

JOHN A. SARCONE III
Acting United States Attorney

By: _____
Michael F. Perry
Assistant United States Attorney
Bar Roll No. 518952