UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                                    5:25-CR-424 (BKS)

ARGENTINA JUAREZ-LOPEZ,

                    Defendant.

## Notice of Motion

**PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law; the Affidavit of Argentina Juarez-Lopez and accompanying exhibit 1; the Affidavit of Paul Tuck and accompanying exhibits 1-13; the Affidavit of Candy Elisa Costa Aguilera; and all other proceedings herein, a motion will be made as follows:

**DATE, PLACE, AND TIME OF MOTION**: The motion will be considered on submit by the Honorable Brenda K. Sannes in the United States District Court for the Northern District of New York, 100 South Clinton Street, Syracuse, New York, 13202, unless the Court directs oral argument. The Defendant seeks oral argument in this case and a hearing if there are any factual disputes. The Court has set the following briefing schedule: Motion Due by November 10, 2025; Response Due by November 25, 2025; Reply Due by December 8, 2025.  See Text Order dated November 7, 2025.

**TYPE OF MOTION**: Defendant Argentina Juarez-Lopez will seek an Order of the Court suppressing evidence pursuant to Federal Rule of Criminal Procedure 12(b)(3)(C).

Dated:       November 10, 2025                    Respectfully submitted,

                                                    By:    */s/ Paul Tuck*
                                                                     Paul Tuck, Esq.
                                                                     Bar Roll No. 520814

                                                                     Paul Tuck Attorney at Law PLLC
                                                                     P.O. Box 44
                                                                     Manlius, New York 13104
                                                                     315.314.4545
                                                                     Paul@paultucklaw.com
                                                                     www.paultucklaw.com

cc:    Michael Perry, AUSA (via ECF)
        Michael Whalen, AUSA (via ECF)
        Argentina Juarez-Lopez (via mail)