25-SW- SEARCH WARRANT (REV. 3/13)

# UNITED STATES DISTRICT COURT
## for the Northern District of New York

*In the Matter of the Search of*
(Briefly describe the property to be searched or identify the person by name and address)

**Nutrition Bar Confections, 12351 Route 34, Cato, New York 13033, as further described in Attachment A**

USAO#: 2025R00368

Case No.: 5:25-SW- 211  (TWD)

(Filed Under Seal)

## ADMINISTRATIVE SEARCH WARRANT

TO:   Any authorized law enforcement officer

Application and Affidavit having been made before me by a federal law enforcement officer, requesting the search of the following ☐ person or ☒ premises known as *(name, description and/or location)*:

**Nutrition Bar Confections, 12351 Route 34, Cato, New York 13033, as further described in Attachment A**

located in the Northern District of New York, for the purpose of searching the premises described in Attachment A for aliens present unlawfully in the United States and for the purpose of taking such actions, with respect to any such aliens present there, as are authorized by law. *See* 8 U.S.C. §§ 1103, 1357.

I find that the affidavit(s), and/or any recorded testimony, establish probable cause to search the premises and take the actions described above.

YOU ARE COMMANDED to execute this warrant on or before   **September 10, 2025**
                                                                                                                       *(not to exceed 14 days)*

☒   in the daytime 6:00 a.m. to 10:00 p.m.          ☐   at any time in the day or night as I find reasonable cause has been established.

You must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the United States Magistrate Judge who authorized this warrant.

Subscribed and Sworn by videoconference.

Aug 28, 2025 @ 3:10 pm
*Date & Time Issued*

*Judge's signature*

Syracuse, New York
*City and State*

Hon. Therese Wiley Dancks, United States Magistrate Judge
*Printed name and title*

SEARCH WARRANT RETURN (REV. 03/13)

| | RETURN |
|---|---|
| Case No.: 5:25-SW-211(TWD) | |

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| | | |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

## NOT EXECUTED

☐ This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: _____

_____
Executing Officer's Signature

_____
Printed Name and Title

## ATTACHMENT A

## LOCATION TO BE SEARCHED

Nutrition Bar Confectioners facility, located at 12351 State Route 34, Cato, NY, a 60,000 square foot facility, located on an 80 Acre property, as depicted in the pictures below:





