APPLICATION FOR SEARCH WARRANT (REV. 03/13)

# UNITED STATES DISTRICT COURT
## for the Northern District of New York

*In the Matter of the Search of*
(Briefly describe the property to be searched or identify the person by name and address)

**Nutrition Bar Confections, 12351 Route 34, Cato, New York 13033, as further described in Attachment A**

USAO#: 2025R00368

Case No.: 5:25-SW- 211 (TWD)

(Filed Under Seal)

## APPLICATION FOR ADMINISTRATIVE SEARCH WARRANT

I, Andrew McCoy, a federal law enforcement officer or an attorney for the government, request an administrative search warrant authorizing a search for the purpose of interrogation and civil administrative arrest of illegal aliens, pursuant to 8 U.S.C. §§ 1103, 1357, and state under penalty of perjury that I have reason to believe that on the following person or property:

**Nutrition Bar Confections, 12351 Route 34, Cato, New York 13033, as further described in Attachment A**

located in the Northern District of New York, there is now concealed illegal aliens in violation of the laws regulating the admission, exclusion, expulsion, or removal of aliens.

The basis for the search under Title 8 United States Code §§ 1357 and 1342a(f)(2) is *(check one or more)*:

☒ To enter and search the premises described above and all appurtenances thereto, including places in which persons could conceal themselves, for aliens unlawfully within the United States.
☒ To take such actions with respect to aliens unlawfully within the United States as authorized by the Act and as further detailed in the affidavit.
☒ To further investigate into a pattern or practice of employing unauthorized aliens under the Act.

See attached Affidavit incorporated by reference herein.

The search is related to a violation of 8 U.S.C. § 1357.

Reviewed by AUSA Michael F. Perry

_____
Applicant's signature

Andrew McCoy, Special Agent, HSI
Printed name and title

Subscribed and Sworn to Video Conference.

Aug 28, 2025
Date

Syracuse, New York
City and State

_____
Judge's signature

Hon. Therese Wiley Dancks, United States Magistrate Judge
Printed name and title