


# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

11/03/2025 12:43 EST                                                                                      Page 1 of 2

**CASE NUMBER**
YR19PX25YR0001

**CASE OPENED**
1/29/2025

**CURRENT CASE TITLE**
Nutrition Bar Confectioners

**REPORT TITLE**
Execution of Search Warrant at NBC

**REPORTED BY**
Andrew McCoy
SPECIAL AGENT

**APPROVED BY**
Kristopher Caraher
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
9/8/2025

**SYNOPSIS**

HSI Syracuse has received information alleging Nutrition Bar Confectioners, a granola bar manufacturer, is employing illegal aliens, utilizing fraudulent immigration documents and laundering proceeds at the factory located at 12351 State Route 34 in Cato, NY 13033. HSI Syracuse, IRS Syracuse, Oswego Border Patrol and ERO Syracuse will conduct this investigation.

This report documents the execution of a search warrant at Nutrition Bar Confectioners.

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Nutrition Bar Confectioners | YR19PX25YR0001-008 | 9/8/2025 |

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

11/03/2025 12:43 EST     Page 2 of 2

## DETAILS OF INVESTIGATION

On September 4, 2025, at approximately 9:15AM, HSI and law enforcement partners executed a search warrant at Nutrition Bar Confectioners, located at 12351 State Route 34 in Cato, New York.  In addition to the execution of this search warrant, a Blackies administrative warrant was served and executed.

After securing the perimeter of the facility, case agents approached the locked front door of the business.  While attempting to enter the front door of the facility, the HR manager/General Manager/Chief Financial Officer Christopher MASSARO opened the locked front door for the investigative team.

Around the same time, perimeter law enforcement entered through the rear doors of the factory and walked towards the middle of the facility.

As a result of this search warrant, 57 people were arrested for being illegally present in the United States.

Agents seized electronics and employment forms.

This Investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Nutrition Bar Confectioners | YR19PX25YR0001-008 | 9/8/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.