| U.S. Department of Homeland Security | Subject ID:400038358 | **Record of Deportable/Inadmissible Alien** |

| Family Name (CAPS) First Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|
| JUAREZ-LOPEZ, ARGENTINA FRISDY | F | BLK | BRO | MBR |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| GUATEMALA | | CASE No:OSN2509000002  A221 024 758 | 61 | 142 | LABORER |

| U.S. Address | Scars and Marks |
|---|---|
| AUBURN, NEW YORK, 13021-2429 | None Indicated |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | [X] Single  [ ] Divorced  [ ] Married  [ ] Widower  [ ] Separated |
|---|---|---|---|
| Unknown Date, Unknown Time, AFOOT | | A1H68806D | |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| CALLE FINAL SAN ANTONIO SAN ANDRES SAN MARCOS, SAN MARCOS, GUATEMALA | PB |

| Date of Birth | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|
| 1975    Age:50 | 09/08/2025 | BUN/OSN | CATO, NY | 09/04/2025 0945 |

| City, Province (State) and Country of Birth | AR [X] | Form : (Type and No.) Lifted [ ] Not Lifted [ ] | By |
|---|---|---|---|
| SAN MARCOS, SAN MARCOS, GUATEMALA | | | See Narrative |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | PWA Mexico | IN TRAVEL |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | OVER 1 YEAR |

| Immigration Record | Criminal Record |
|---|---|
| POSITIVE - See Narrative | |

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| See Narrative | See Narrative |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? [X] Yes [ ] No | Systems Checks | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | See Narrative | I9A2 |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| See Narrative | | Hr | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS #:1361690932          I77 #:3457292                    DNA Envelope #:F4582451

Left Index Print                    Right Index Print

ARREST COORDINATES:
-------------------
Latitude:  43.2149
Longitude: -76.58012

CONSEQUENCE DELIVERY SYSTEM:
----------------------------
Classification: CRMA

| Alien has been advised of communication privileges | 09/08/2025 (Date/Initials) | (Signature and Title of Immigration Officer) |
|---|---|---|

| Distribution: | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| File  Station  BUN | Officer: PAUL VANDISH JR  on: September 08, 2025 at 1054  (time)  Disposition: REINSTATEMENT OF DEPORT ORDER I-871  Examining Officer: |

Form I-213 (Rev. 08/01/07) Y

| U.S. Department of Homeland Security | Continuation Page for Form | I213 |
|---|---|---|

| Alien's Name<br>**JUAREZ-LOPEZ, ARGENTINA FRISDY** | File Number<br>**A221 024 758**<br>**Event No:OSN2509000002** | Date<br>**09/08/2025** |
|---|---|---|

```
Email Addresses:
----------------
FRISDY2014@GMAIL.COM

ARRESTING AGENT:
-------------------------
DANIEL HUTCHINGS
CHARLIE RODRIGUEZ
NICHOLAS MULZOFF
EDGAR LORENZO
JAVIER LORENZO

FATHER NAME AND ADDRESS:
------------------------
Nationality:GUATEMALA JUAREZ-BALTAZAR, LUIS ANTULIO
CALLE FINAL SAN ANTONIO SAN ANDRES
SAN MARCOS, SAN MARCOS, GUATEMALA


MOTHER NAME AND ADDRESS:
------------------------
Nationality:GUATEMALA DE LEON-LOPEZ, FRANCISCA
CALLE FINAL SAN ANTONIO SAN ANDRES
SAN MARCOS, SAN MARCOS, GUATEMALA


FUNDS IN POSSESSION:
-------------------------
United States Dollar        21.00
Guatemalan Quetzal           5.00


RECORDS CHECKED:
----------------
CIS Positive
ABIS Negative
EARM Positive
NCIC Positive
NGI Positive
TECS Negative


NAME AND ADDRESS OF US EMPLOYER:
-------------------------
EMPLOYER NAME: NUTRITION BAR
CONFECTIONERS
```

| Signature | Title |
|---|---|
|  |  |

2 of 6 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

| U.S. Department of Homeland Security | Continuation Page for Form I213 |
|---|---|

| Alien's Name<br>JUAREZ-LOPEZ, ARGENTINA FRISDY | File Number<br>A221 024 758<br>Event No:OSN2509000002 | Date<br>09/08/2025 |

```
EMPLOYER ADDRESS:
12351 NY-34
CATO
NY 13033

Other Family/Associates Not in Event:
--------------------------------------
Child, ███████████████████████████
Father, JUAREZ-BALTAZAR, LUIS, GUATE
Mother, DE LEON-LOPEZ, FRANCISCA, GUATE

CONSULATE NOTIFICATION:
-----------------------
THE SUBJECT WAS NOTIFIED OF THEIR RIGHT TO COMMUNICATE WITH A CONSULAR OFFICER FROM
THEIR COUNTRY AS PER ARTICLE 36(1)(b) OF THE VIENNA CONVENTION ON CONSULAR RELATIONS.
THE SUBJECT INDICATED THAT THEY UNDERSTOOD THIS RIGHT BUT DECLINED TO SPEAK WITH SOMEONE AT
THIS TIME.

NARRATIVE:
----------
On September 4, 2025, the Oswego Station (OSN) in coordination with the Buffalo Sector
(BUN) Sector Intelligence Unit (SIU), Air and Marine Operations (AMO), Homeland Security
Investigations (HSI), Enforcement and Removal Operation (ERO), Internal Revenue Service
(IRS), United States Marshals Service (USMS), Oswego County Sheriff's Office (OCSO), and
Cayuga County Sheriff's Office (CSCO), executed a federal search warrant at Nutrition Bar
Confectioner's (NBC), 12351 State Route 34, Cato, NY 13033, as part of an HSI-led
investigation. This area lies within OSN's area of responsibility (AOR), specifically Zone
46.

Argentina Frisdy JUAREZ-Lopez was encountered during the operation and was questioned as to
her citizenship and nationality. JUAREZ freely admitted to being in the United States
illegally and did not possess any immigration documentation that would allow her to enter
or remain in the United States legally.

JUAREZ was transported to the Oswego Border Patrol Station for identification verification
and further processing.

IMMIGRATION HISTORY:

JUAREZ was processed as an Expedited Removal with the final order date of May 31, 2024, in
Donna, Texas. JUAREZ was removed on June 14, 2024, via the Harlingen, Texas Port of Entry
to Guatemala. She was issued A# 221 024 758.

CRIMINAL HISTORY:

JUAREZ has no criminal history.

WANTS/WARRANTS:
```

| Signature | Title |
|---|---|
|  |  |

3 of 6 Pages

| U.S. Department of Homeland Security | Continuation Page for Form __I213__ |

| Alien's Name<br>**JUAREZ-LOPEZ, ARGENTINA FRISDY** | File Number<br>**A221 024 758**<br>**Event No:OSN2509000002** | Date<br>**09/08/2025** |

```
None.

JUAREZ is illegally in the United States and does not have family ties in the United States
and is likely to abscond if released.

JUAREZ claims that no immigration petitions are pending, nor have any been filed on her
behalf.

JUAREZ claims to reside at 112 Washington Street APT A Auburn, New York 13021.

JUAREZ does not claim fear of torture or persecution if she is returned to Guatemala.

CONSULAR NOTIFICATION:

JUAREZ was notified of her right to communicate with a consular officer from her country as
per article 36(1)(b) of the Vienna convention on consular relations. She indicated that she
understood this right, but declined to speak with a consular officer.

MEDICAL CONDITION:

JUAREZ appears to be in good health. No medical condition. CBP 2500 was completed.

DNA collected from BPA O. Rivera. Collection device # F4582451.

PROPERTY:

JUAREZ was in possession of a cell phone, 1 New York State identification card, $21.00 USD
and $5.00 GTQ.

JUAREZ retains property I-77# 3457292.

DISPOSITION:

JUAREZ is being held in DHS custody pending prosecution for 8 USC 1326 reentry of removed
aliens.

ENHANCED COLLECTION EFFORTS:

Illegal Alien Contacts:

Relatives: None

Known contacts or close friends in the U.S.: None

Business associates or former employers in the U.S.: None

Crypto Banking: No
```

| Signature | Title |

__4__ of __6__ Pages

| U.S. Department of Homeland Security | Continuation Page for Form     I213 |
|---|---|

| Alien's Name<br>**JUAREZ-LOPEZ, ARGENTINA FRISDY** | File Number<br>**A221 024 758**<br>**Event No:OSN2509000002** | Date<br>**09/08/2025** |
|---|---|---|

**Possession/usage of crypto wallet(s): No**

**Name/type of crypto wallet applications or devices:**
**Crypto wallet ID(s).: None**


**Specific Biographic Information: None.**

**City and State (traveled from): El Paso, Texas**

**Phone Number: 315-559-▊▊▊▊**

**Email: frisdy2014▊▊▊▊▊▊▊▊▊**

**Social Media Profiles: None**

**US Destination: Auburn, New York**

**US POC and selector data: None**

**US Employer: Nutrition Bar Confectioners, Cato, New York**

**Purpose of travel to the United States: To work**

**Previous Military Service: None**

**Gang/Cartel Affiliations: None**


**Enhanced Collection Efforts:**

**Illegal Alien Contacts:**

**Report illegal alien relatives in the US to include addresses, phone numbers, emails, social media profiles, or any other information that would assist in locating the alien's relatives: None**

 **Report illegal alien known contacts /close friends in the United States: None**

**Report illegal alien business associates, prior employers in the United States: None**

**Crypto Banking:**

**Identify and report illegal alien possession/usage of crypto wallet(s): None**

**Identify name/type of crypto wallet applications or devices (Coinbase, Phantom, Arculus Cold storage, etc.): None**

| Signature | Title |
|---|---|
|  |  |

5 of 6 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

| U.S. Department of Homeland Security | Continuation Page for Form I213 |
|---|---|

| Alien's Name<br>JUAREZ-LOPEZ, ARGENTINA FRISDY | File Number<br>A221 024 758<br>Event No:OSN2509000002 | Date<br>09/08/2025 |
|---|---|---|

```
Identify and report crypto wallet ID(s): None

Specific Biographic Information: In addition to information above, collect the following
information listed below which is not currently captured via e3 reporting;

City and State (traveled from): El Paso, Texas

Phone Number: 315-559-████

Email: frisdy2014████████

Social Media Profiles: None

US Destination: Auburn, New York

US POC and selector data: None

US Employer: Nutrition Bar Confectioners, Cato, New York

Purpose of travel to the United States: To work.

Previous Military Service: None

Gang/Cartel Affiliations: None
```

| Signature | Title |
|---|---|

6 of 6 Pages

Form I-831 Continuation Page (Rev. 08/01/07)