**Exhibit 9**

Ex. 9 is a copy of body worn camera footage with a file name "AM Axon_Body_4_Video_2025-09-04_0915_D01A41613.mp4."

This exhibit was submitted to the Court via MFT.