**Exhibit 10**

Ex. 10 is a copy of body worn camera footage with a file name "LV Axon_Body_4_Video_2025-09-04-0919_D01A46173.mp4."

This exhibit was submitted to the Court via MFT.