**Exhibit 11**

Ex. 11 is a copy of body worn camera footage with a file name

"AD Axon_Body_4_Video_2025-09-04_0937_D01A40873.mp4."

This exhibit was submitted to the Court via MFT.