**Exhibit 12**

Ex. 12 is a copy of body worn camera footage with a file name

"NH Axon_Body_4_Video_2025-09-04_0918_D01A46573.mp4."

This exhibit was submitted to the Court via MFT.