**Exhibit 13**

Ex. 13 is a copy of body worn camera footage with a file name

"MD Axon_Body_4_Video_2025-09-04_0916_D01A46183.mp4."

This exhibit was submitted to the Court via MFT.