UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                                                    5:25-CR-424 (BKS)

ARGENTINA JUAREZ-LOPEZ,

                    Defendant.

**Affidavit of Argentina Juarez-Lopez**

I, Argentina Juarez-Lopez, being duly sworn and under penalty of perjury, depose and say that:

1. I am the defendant in the above-captioned action.

2. I am a native Spanish speaker. This entire affidavit was translated for me, and I reviewed the Spanish language version of this affidavit which is attached hereto as Ex. A.

3. On September 4, 2025, I was employed as an operator at the Nutrition Bar Confectioners ("NBC") factory located at 12351 State Route 34, Cato, NY.

4. At approximately 9:15am, I was stationed in the production area of the factory at a machine that packs bars. In this area of the factory, employees are required to wear gloves, a gown, and a hair net as the area must be kept clean and sanitary. I was working in an area with approximately 20-23 other employees. At this time, we had been tasked with cleaning the machines to prepare to make a new batch of bars.

5. Shortly after 9:15am, I heard commotion and saw a co-worker that I knew running through the production area stating that police had entered the factory.

6. At this point, I started to leave my post at the machine in the production area but I quickly saw a police officer walking towards me. The police officer wore a hat, a mask that covered

1

his face, and had what looked like military-style body armor on his chest. I heard him say "Stop."

7. At that point, I turned and started walking towards another area of the factory and was met by another police officer. This officer looked like the first officer and was wearing military-style body armor. I also noticed that this officer was wearing a handgun on his leg.

8. As soon as I saw this officer, I was startled and stopped moving. This second officer started making hand motions to me and other colleagues indicating that we all needed to move towards the cafeteria/break room.

9. At this time, I could see 10-15 other officers in the production area of the factory. They were all wearing military-style body armor and wore handguns on their legs. As soon as law enforcement officers entered the building, all production and work at the factory came to a halt.

10. The other employees and I were being corralled together into a line and were not allowed to leave the factory or stay at our workstations. I heard officers tell people to move to the breakroom. I complied with the officer's hand gestures and commands to move to the breakroom because I did not feel like I had any other choice. Every employee was herded like cattle towards the breakroom. As I was walking towards the breakroom, I could see police officers searching the factory for other employees.

11. When I arrived at the cafeteria there were 40-50 other employees already crammed into the room. The cafeteria is the factory's break/lunchroom and consists of several tables, chairs, lockers, refrigerators, and vending machines. There are two doors on the same wall for entering and exiting the cafeteria.

12. Among the people in the cafeteria, there were multiple police officers wearing guns and military style body-armor. Several police officers were standing near the doors to the cafeteria making sure people could not leave.

13. It was chaotic in the room, crowded, and hot. I could hear police officers yelling at my coworkers to "sit down" and "stay here." We were all pushed into a corner of the room and told that we would each have to speak with an officer individually.

14. When it was my turn to speak with the officer, the officer gestured for me to come directly in front of him. The officer was wearing an all-green military-style uniform, and I could tell he had a gun on his hip. He was a large man with big muscles.

15. The agent asked what country I was from in Spanish. I responded that I wanted to speak to an attorney. He then asked if I had "documents" in Spanish. I again reiterated that I wanted to speak to an attorney. The officer did not ask any further questions and told me to go to the other side of the room with other people who had already been talked to.

16. I did not have any other conversations with any police officers while I was in the breakroom either before or after my interaction discussed above.

17. At no time during my interaction with police did I admit to being in the country illegally or did I admit to not having any documents that would allow me to enter or remain in the United States legally. At no time did any officer learn my name, my country of birth, my immigration status, or any other information about me.

18. After the agents interrogated each of us individually, I did not hear any agent ask anyone any other questions about their immigration status or where they came from. Rather, we all were stuck in the cafeteria until small groups were led out to be transported away from the factory.

19. After my brief interaction with the officer, I had to wait in the cafeteria for at least an hour before I was removed from the cafeteria and escorted to the entrance of the factory along with several other female coworkers. At this time, officers searched me and told me to turn off my cell phone. I did not know where we were going, and no officer told us anything.

20. Eventually, we arrived at a van that was going to transport us. Then, police wrapped a chain around my waist and handcuffed me to the chain. I was then driven to a law enforcement facility with the others. I do not know where I was driven to, and no officer told me anything.

21. When we arrived at the law enforcement facility, all our possessions were taken and we were led into the building and told to sit on a bench that was situated across the hall from three prison cells. Two of the cells were large and one was full of men and the other full of women. The other was a very small cell and appeared empty at the time.

22. While I was waiting, I asked to use the bathroom, and I was escorted into the largest prison cell where there were approximately 20-30 of my female coworkers crammed inside the cell. In the prison cell, there was one metal toilet that had no door or privacy. I was told that was the only toilet I was permitted to use. It was humiliating.

23. I had to wait on the bench until a police officer called me to another area. I was given a piece of paper and told to write my name, date of birth, and to list any family I had in the United States. I wrote my name and date of birth on the sheet.

24. After that, police officers took a picture of my face and took my fingerprints. I was then escorted back to the bench to wait.

25. Shortly after, I was called into another room where an officer asked me to identify which bag was mine out of a pile of bags. I pointed my bag out and the officer proceeded to go

through my belongings and threw away makeup, my toothbrush, and some medication. All that he left in my bag was my ID and some cash.

26. I was then placed into the very small prison cell. Eventually another woman was placed in the cell with me.

27. I was locked in this cell from Thursday, September 4, 2025, until I was taken into the larger cell on Sunday, September 7, 2025.

28. During my time in the small cell, I was not allowed to make any phone calls. I was not permitted to go outdoors or leave the cell. I was not permitted any reading materials or other entertainment. The cell was extremely small and consisted of only a toilet, water fountain, and a small bench. The officers gave me and the other woman a foam mattress and blanket to sleep but there was not enough room to fully lay out. We were fed the same meal for breakfast, lunch, and dinner each day. During this time, I had no idea where I was, where I was going, and what was going to happen to me.

29. On Sunday, September 7, 2025, I was taken to the larger cell. There were now only several other women in that cell and far fewer than there were the first day. When I spoke to these women, they told me that they had been separated from their young children after the raid on September 4, 2025, and were being kept together given that they had young children. They told me that they had not been permitted to call anyone and they had no idea what was happening. They also told me that I was separated from their group because I was a "criminal." However, I have no criminal history and have never been convicted of any crime in the United States or elsewhere.

30. On September 8, 2025, I was taken to federal court in Syracuse, New York where I was finally told that I was being charged with a crime.

I declare under penalty of perjury of the laws of the United States and the State of New York that the foregoing is true and correct.

Dated: November 10, 2025

By: *Argentina Frisdy Juarez Lopez*
<small>Argentina Frisdy Juarez Lopez (Nov 10, 2025 09:41:54 EST)</small>
**Argentina Juarez-Lopez**

# FINAL - Juarez-Lopez Affidavit MTS

Final Audit Report 2025-11-10

| | |
|---|---|
| Created: | 2025-11-10 (Eastern Standard Time) |
| By: | NYN DC (erequests@nynd.uscourts.gov) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAADEsBDVVOlq5W-LmZI1xz71K4AAt7UnIX |

## "FINAL - Juarez-Lopez Affidavit MTS" History

- Document created by NYN DC (erequests@nynd.uscourts.gov)
  2025-11-10 - 9:16:09 AM EST- IP address: 199.107.16.121

- Document emailed to defendants@nynd.uscourts.gov for signature
  2025-11-10 - 9:16:45 AM EST

- Email viewed by defendants@nynd.uscourts.gov
  2025-11-10 - 9:22:45 AM EST- IP address: 199.107.16.121

- Signer defendants@nynd.uscourts.gov entered name at signing as Argentina Frisdy Juarez Lopez
  2025-11-10 - 9:41:52 AM EST- IP address: 199.107.16.121

- Document e-signed by Argentina Frisdy Juarez Lopez (defendants@nynd.uscourts.gov)
  Signature Date: 2025-11-10 - 9:41:54 AM EST - Time Source: server- IP address: 199.107.16.121

- Agreement completed.
  2025-11-10 - 9:41:54 AM EST

