

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Nov 21 - 2025
John M. Domurad, Clerk

John M. Domurad
Clerk of Court

Daniel R. McAllister
Chief Deputy

Alexander Pirnie Federal Building
10 Broad Street
Utica, New York 13501
(315) 793-8151

November 21, 2025

David Wilcox
The Citizen Newspaper
25 Seminary Street, Suite R1
Auburn, NY 13021

Re:   USA vs. Juarez-Lopez
      Case No. 5:25-CR-424 (BKS)

Dear Mr. Wilcox,

The Court is in receipt of your request for copies of the following videos filed as exhibits to Defendant's Motion to Suppress (Dkt. No. 23):

1. Exhibit 9:    AM_Axon_Body_4
2. Exhibit 10:   LV_Axon_Body_4
3. Exhibit 11:   AD_Axon_Body_4
4. Exhibit 12:   NH_Axon_Body_4
5. Exhibit 13:   MD Axon_Body_4

The court fee for this request is $34.00. The Court received your payment on 11/19/25 via Pay.gov – receipt number 27T7K5V1. Copies of the videos have been saved on the enclosed USB drive.

If you have any questions, please contact the clerk's office at the phone number above. Thank you.

Very truly yours,

JOHN M. DOMURAD, Clerk of Court

Susan Evans
Deputy Clerk