

Hon. Brenda Sannes
Chief U.S. District Court Judge
Northern District of New York
Federal Building and U.S. Courthouse
Syracuse, NY 13261

November 21, 2025

RE: Request for Exhibits
*United States v. Juarez-Lopez, 5:25-CR-004240-BKS*

U.S. DISTRICT COURT – N.D. OF N.Y.

**FILED**

**Nov 21 - 2025**

John M. Domurad, Clerk

Dear Judge Sannes,

I am requesting copies of the following videos filed in United States v. Juarez-Lopez as exhibits to Defendant's Motion to Suppress (Dkt. No. 23):
1. Exhibit 9: AM_Axon_Body_4
2. Exhibit 10: LV_Axon_Body_4
3. Exhibit 11: AD_Axon_Body_4
4. Exhibit 12: NH_Axon_Body_4
5. Exhibit 13: MD Axon_Body_4

Release of these records is a matter of great public interest in the local community, New York state and nationally. These records have already been released to other news outlets.

We request that digital copies of this footage made available to us and shared via email or via digital file transfer platform. If this is not possible, we can pick up a USB flash drive with the footage from the Clerk's office.

If the files cannot be shared via the above means, please let us know how the court can make this footage available to us.

We look forward to a timely response to this request. If you have any questions about this request, please do not hesitate to reach out at 617-960-6197.

Sincerely,

*Emilie Munson*

Emilie Munson
Data reporter
Times Union
617-960-6197
Emilie.munson@timesunion.com