## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK



**John M. Domurad**
Clerk of Court

**Daniel R. McAllister**
Chief Deputy

**Alexander Pirnie Federal Building**
10 Broad Street
Utica, New York 13501
(315) 793-8151

November 25, 2025

Emilie Munson
Data Reporter, Times Union

Re:   USA vs. Juarez-Lopez
      Case No. 5:25-CR-424 (BKS)

Dear Md. Munson,

The Court is in receipt of your request for copies of the following videos filed as exhibits to Defendant's Motion to Suppress (Dkt. No. 23):

1. Exhibit 9:    AM_Axon_Body_4
2. Exhibit 10:   LV_Axon_Body_4
3. Exhibit 11:   AD_Axon_Body_4
4. Exhibit 12:   NH_Axon_Body_4
5. Exhibit 13:   MD Axon_Body_4

The court fee for this request is $34.00. The Court received your payment on 11/24/25 via Pay.gov – receipt number 27TACTU7. Copies of the videos have been saved on the enclosed USB drive for you to pick up at the Albany Clerk's Office.

If you have any questions, please contact the clerk's office at the phone number above. Thank you.

Very truly yours,

JOHN M. DOMURAD, Clerk of Court


Susan Evans
Deputy Clerk