APPLICATION FOR SEARCH WARRANT (REV. 03/13)

# UNITED STATES DISTRICT COURT
## *for the Northern District of New York*

| | |
|---|---|
| *In the Matter of the Search of*<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br><br>**Nutrition Bar Confections, 12351 Route 34, Cato,**<br>**New York 13033, as further described in**<br>**Attachment A**<br><br>**USAO#: 2025R00368** | Case No.: **5:25-SW- 211 (TWD)**<br><br>**(Filed Under Seal)** |

## APPLICATION FOR ADMINISTRATIVE SEARCH WARRANT

I, Andrew McCoy, a federal law enforcement officer or an attorney for the government, request an administrative search warrant authorizing a search for the purpose of interrogation and civil administrative arrest of illegal aliens, pursuant to 8 U.S.C. §§ 1103, 1357, and state under penalty of perjury that I have reason to believe that on the following person or property:

> **Nutrition Bar Confections, 12351 Route 34, Cato, New York 13033,**
> **as further described in Attachment A**

located in the Northern District of New York, there is now concealed illegal aliens in violation of the laws regulating the admission, exclusion, expulsion, or removal of aliens.

The basis for the search under Title 8 United States Code §§ 1357 and 1342a(f)(2) is *(check one or more)*:

☒  To enter and search the premises described above and all appurtenances thereto, including places in which persons could conceal themselves, for aliens unlawfully within the United States.

☒  To take such actions with respect to aliens unlawfully within the United States as authorized by the Act and as further detailed in the affidavit.

☒  To further investigate into a pattern or practice of employing unauthorized aliens under the Act.

**See attached Affidavit incorporated by reference herein.**

The search is related to a violation of 8 U.S.C. § 1357.

Reviewed by AUSA Michael F. Perry

_____
*Applicant's signature*

**Andrew McCoy, Special Agent, HSI**
*Printed name and title*

Subscribed and Sworn to Video Conference.

Aug 28, 2025
_____
*Date*

**Syracuse, New York**
*City and State*

_____
*Judge's signature*

**Hon. Therese Wiley Dancks, United States Magistrate Judge**
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE ADMINISTRATIVE SEARCH OF: | Case No. 5:25-SW-211 (TWD) |
| **Nutrition Bar Confectioners, 12351 State Route 34, Cato, New York 13033** | **Filed Under Seal** |

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR A SEARCH WARRANT

I, Andrew McCoy, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.  I am a Special Agent with Homeland Security Investigation (HSI) within the Department of Homeland Security, assigned to the office of the Resident Agent in Charge, Syracuse, New York, and have been so employed since December 2008. In my capacity as a federal agent, I have investigated criminal violations relating to illegal re-entry, forced labor, harboring of unauthorized aliens and hiring or recruitment of unauthorized aliens.

2.  This affidavit is submitted in support of an application for a civil administrative warrant to search Nutrition Bar Confectioners, 12351 State Route 34, Cato, New York 13033 ("SUBJECT PREMISE"), as further described in Attachment A, to search the SUBJECT PREMISE for aliens in the United States without legal authority and take such actions, with respect to any aliens present there, as are authorized by law.

3.  As set forth in more detail below, there is probable cause to believe that illegal aliens work at and will be present at the SUBJECT PREMISE, and the requested warrant would authorize federal immigration authorities and federal agents and task force officers working with them to be present at the SUBJECT PREMISE and to approach and question suspected aliens concerning

1

their status and to arrest, without a warrant, aliens illegally present in the United States. *See* 8 U.S.C. § 1357.[1]

4. The statements contained in this affidavit are based upon my investigation, information provided to be by other law enforcement personnel, and on my experience and training as a special agent of HSI. Because this affidavit is being submitted for the limited purpose of establishing probable cause to secure a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe are necessary to establish probable cause to believe that evidence, contraband, fruits and instrumentalities to the TARGET OFFENSES are presently located at the SUBJECT PREMISE.

## INVESTIGATION OVERVIEW

5. NUTRITION BAR CONFECTIONERS is a family-owned and operated nutrition bar manufacturer. Public records indicate that the business is located at 12351 State Route 34, Cato, New York 13033, the SUBJECT PREMISE.

6. As set forth in greater detail below, law enforcement has obtained statements from individuals who work and/or worked for NUTRTITION BAR CONFECTIONERS and said that they were not asked for and did not provide any employment documentation. Some of these individuals were also in possession of payroll checks and W-2s that contained fraudulent social security numbers.

7. Records obtained from the New York State Department of Labor for NUTRITION BAR CONFECTIONERS identified employees with fake and fraudulent social security numbers.

---

[1] Administrative and criminal arrests may flow from the encounters with aliens.



## PROBABLE CAUSE

10. On or about February 24, 2025, law enforcement conducted surveillance in and around the

area of the SUBJECT PREMISE. At approximately 10:50 PM, the Oswego County Sheriff's Department encountered a Honduran national on State Route 104 in the town of Hannibal, New York. The individual was driving a 2004 Honda Pilot, license plate _____ registered to Ramon Rosa CACERAS-CACERAS at _____ Fulton, New York 13069. CACERAS-CACERAS had driven across a hazard marking and was issued a NYS Uniform Traffic Ticket. During the stop, CACERAS-CACERAS provided the OCSO Deputy with a New York State Learner's Permit. Shortly after the stop, the Oswego County Sheriff's Deputy contacted the Oswego Border Patrol Station for assistance with CACERAS-CACERAS and it was determined that he was illegally present in the United States. CACERAS-CACERAS admitted to being a national of Honduras and stated he did not possess any immigration documents allowing him to enter or remain in the United States.

11. USBP agents determined, through immigration checks, that CACERES-CACERES illegally crossed into the United States on June 16, 2018, at/near Hidalgo, Texas. CACERES-CACERES was apprehended by Weslaco Station Border Patrol Agents on June 16, 2018, and was processed as an Expedited Removal and ordered removed by Immigration Judge on June 17, 2018. CACERES-CACERES was removed through Valley International Airport in McAllen, Texas on July 9, 2018. Law enforcement also learned that CACERES-CACERES illegally crossed into the United States again on May 25, 2019, at an unknown time and location. CACERES-CACERES was apprehended by Border Patrol Agents from the Falfurrias Border Patrol Station on June 5, 2019, and received a Final Order of Removal on June 5, 2019. CACERES-CACERES was removed through Valley International Airport in McAllen, Texas on June 20, 2019.

12. USBP agents interviewed CACERAS-CACERAS and determined that he was a citizen of Honduras and had entered the United States illegally for a third time on or about August 24, 2019. CACERAS-CACERAS confirmed that he did not possess any immigration documents allowing

4

him to enter, remain or work in the United States. As such, CACERAS-CACERAS was illegally present in the United States.

13. During an inventory search of CACERAS-CACERAS's vehicle, numerous employment documents were found including paystubs and a W-2 from Nutrition Bar Confectioners and another Oswego County based business, C.F.O. LLC. These documents listed different social security numbers for CACERAS-CACERAS. Specifically, the W-2 from NUTRITION BAR CONFECTIONERS, located at the SUBJECT PREMISE, identified CACERAS-CACERAS's social security number ████████████ ending in 2892, while the paystubs from C.F.O. LLC identified CACERAS-CACERAS's social security number as ending in 5179. The W-2 from NUTRITION BAR CONFECTIONERS was for tax year 2024 and was found with no postal markings. The W-2 reported ██████ paid to CACERAS-CACERAS in wages, with $0.00 Federal Income Tax Withheld; ██████ in Social Security Tax Withheld; and ██████ in Medicare Tax Withheld. The paystubs from NUTRITION BAR CONFECTIONERS identified CACERAS-CACERAS as Employee ID 827, with an hourly rate of $16.50. CACERAS-CACERAS's federal filing status was listed as "S," and the state filing status was listed as "S-5".

14. CACERAS-CACERAS was in possession of a cellular telephone, which he gave law enforcement written consent to search. Your affiant reviewed the forensic examination and found numerous communications with an individual identified as ██████6025@s.whatsapp.net Zavala." The following is a transcript of some of these communications, which have been translated from Spanish to English for purposes of this affidavit (and which includes apparent typographical errors that appear in the original):

**November 11, 2024**

██████6025@s.whatsapp.net Zavala:     I need a photo of you your date of birth where is it from which country but if you don't want to put the

5

same name on the paper can put another Name of other surname as you want

**November 12, 2024**



6025@s.whatsapp.net Zavala:

CACERAS-CACERAS:              And those

CACERAS-CACERAS:              They are already

6025@s.whatpsappnet Zavala:   If those are

CACERAS-CACERAS:              Now is where they are

6025@s.whatpsappnet Zavala:   They already sent them to the girl

6025@s.whatpsappnet Zavala:   Tomorrow yegan Arbun

6025@s.whatpsappnet Zavala:   Hey says they are still before 12 o'clock

6025@s.whatpsappnet Zavala:   Well, he's talking about picking them up

CACERAS-CACERAS:              Ask him the time to go for them to Karina who will give them an esepsion to us for favor

6

**November 13, 2024**

| | |
|---|---|
| CACERAS-CACERAS: | If they're before I'll go for them |
| █████ 6025@s.whatpsappnet Zavala: | Tomorrow he will have them |
| CACERAS-CACERAS: | I'm here |
| CACERAS-CACERAS: | Could it be that I wait |
| CACERAS-CACERAS: | Or I ask |
| █████ 6025@s.whatpsappnet Zavala: | I'm already entering |
| █████ 6025@s.whatpsappnet Zavala: | Ay |
| CACERAS-CACERAS: | I don't see |
| █████ 6025@s.whatpsappnet Zavala: | Foundation |
| █████ 6025@s.whatpsappnet Zavala: | And they will enter |
| █████ 6025@s.whatpsappnet Zavala: | Is it a U.S. |
| █████ 6025@s.whatpsappnet Zavala: | He asks them about Extor |
| █████ 6025@s.whatpsappnet Zavala: | Like 2, 15 or 10 wings come in |
| CACERAS-CACERAS: | Come |
| █████ 6025@s.whatpsappnet Zavala: | I'm already in |
| █████ 6025@s.whatpsappnet Zavala: | Look, there are already the papers where Karina |
| CACERAS-CACERAS: | Ok |
| CACERAS-CACERAS: | What direction did he give |
| █████ 6025@s.whatpsappnet Zavala: | █████ arbun Ny 13021 |

15. The Social Security Administration ran a search for the social security number ending in 2892 (appearing on CACERAS-CACERAS's W-2 from NUTRITION BAR CONFECTIONERS) and determined that the number was not a valid social security number issued by the Social Security Administration.

7

16. Your affiant conducted records checks related to the United States Legal Permanent Resident (LPR) card sent from ▮▮▮▮6025@s.whatsapp.net Zavala to CACERES-CACERES on November 12, 2024, which is described in paragraph 14 and included above. Upon visual inspection and records checks in law enforcement databases, the United States Legal Permanent Resident (LPR) card appears to be fraudulent, as there is no record of this Legal Permanent Resident (LPR) card being issued to anyone in the United States.

17. On or about March 10, 2025, law enforcement conducted surveillance in and around the area of the SUBJECT PREMISE. At approximately 4:20 pm, the Oswego County Sheriff's Department encountered a Guatemalan National on State Route 104 in the town of Hannibal, New York. The individual was driving a 2024 Hyundai, license plate ▮▮▮▮ registered to Mauro HERNANDEZ-BATZ at ▮▮▮▮▮ Fulton, New York 13069. HERNANDEZ-BATZ had failed to signal and was issued a NYS Uniform Traffic Ticket. During the stop, HERNANDEZ-BATZ provided the OCSO Deputy with a New York State driver's license. Shortly after the stop, the Oswego County Sheriff's Deputy contacted the Oswego Border Patrol Station for assistance, and it was determined that HERNANDEZ-BATZ was illegally present in the United States. HERNANDEZ-BATZ admitted to being a national of Honduras and stated he did not possess any immigration documents allowing him to enter or remain in the United States.

18. HERNANDEZ-BATZ was transported back to the Oswego Border Patrol Station where he was read his Miranda Rights and agreed to speak with law enforcement. At the start of the interview, HERNANDEZ-BATZ indicated that he was more comfortable speaking in Spanish and wished to have an interpreter present during the interview, so a Border Patrol agent assisted with the interview.

19. HERNANDEZ-BATZ stated that he applied for a job at NUTRITION BAR CONFECTIONERS, located at the SUBJECT PREMISE, while he was living in Maryland.

8

HERNANDEZ-BATZ explained he could not find "good work" in Maryland because employers were not hiring Hispanic workers. HERNANDEZ-BATZ found the NUTRITION BAR CONFECTIONERS website and submitted a photograph of his New York driver's license and his Guatemalan Passport with the online application. HERNANDEZ-BATZ contacted NUTRITION BAR CONFECTIONERS weekly to check on the status of his job application, and he estimated it took approximately one year to be hired by NUTRITION BAR CONFECTIONERS.

20. HERNANDEZ-BATZ stated after being offered the job, he went to the NUTRITION BAR CONFECTIONERS factory located at the SUBJECT PREMISES and met with an American woman with green eyes and dyed hair to complete the new hire paperwork. HERNANDEZ-BATZ stated that he provided this female with his Guatemalan passport, his Guatemalan Counselor ID card and his New York State driver's license during the hiring process. HERNANDEZ-BATZ stated he did not provide any additional identification documents to NUTRITION BAR CONFECTIONERS, such as an I-9[3] (Employment Eligibility Verification) form. When asked by law enforcement, HERNANDEZ-BATZ stated he did not have a Social Security Number and was never asked for a Social Security Card by NUTRITION BAR CONFECTIONERS. HERNANDEZ-BATZ claimed he did not fill out any tax documentation while onboarding at NBC—only safety protocols and NBC policy paperwork.

21. HERNANDEZ-BATZ stated he worked five days a week at NBC, approximately six hours a day, and was paid $15.00 an hour. HERNANDEZ-BATZ stated he was always paid with a check and never cash.

---

[3] Employers use Form I-9 to verify the identity and employment authorization of individuals hired for employment in the United States. All U.S. employers must properly complete Form I-9 for every individual they hire for employment in the United States. This includes citizens and aliens. Both employees and employers (or authorized representatives of the employer) must complete the form.

22. After a short break during this interview, HERNANDEZ-BATZ advised law enforcement he had filed tax returns and "always tried to pay his taxes." HERNANDEZ-BATZ stated he used a business on Genesee Street in Syracuse, New York, to assist him with filing his income taxes. HERNANDEZ-BATZ explained that he spoke to someone via phone at this income tax business and after the conversation he received an envelope in the U.S. Mail containing documents that were completed, one of the documents included an Electronic Transmitter Identification Number (ETIN) number.[4] The documents were marked in the places that HERNANDEZ-BATZ had to sign, which he did, and he mailed them back to the business location in Syracuse, New York. HERNANDEZ-BATZ included copies of his New York State driver's license, Guatemalan passport and Counselor ID card in his return mailing. HERNANDEZ-BATZ added that the individuals he spoke with knew he was an illegal alien.

23. After signing and returning the above paperwork, HERNANDEZ-BATZ stated he most recently spoke over the phone with a woman in Florida he knew as "Ms. Camacho." Ms. Camacho has filed HERNANDEZ-BATZ's tax returns on his behalf for the past few years.

24. HERNANDEZ-BATZ repeated that he did not provide the ETIN number he received in the mail to NUTRITION BAR CONFECTIONERS at any point during his employment.

25. On or about April 16, 2025, law enforcement encountered Maria Celia ORTIZ-BANUELO, in the city of Fulton, New York. ORTIZ-BANUELO, a Guatemalan national, admitted to being illegally present in the United States. ORTIZ-BANUELO agreed to speak with law enforcement with no promise of anything in return. At the start of the interview, ORTIZ-BANUELO indicated that she did not understand English and wished to have an interpreter present

---

[4] Electronic Transmitter Identification Number (ETIN) is a 5-digit identification number assigned by the IRS to a participant in IRS e-file that performs activity of transmission and/or software development.

during the interview, so a Border Patrol agent assisted with the interview.

26. ORTIZ-BANUELO explained she has worked at NUTRITION BAR CONFECTIONERS for approximately three years and that she has never had legal status to be present or work in the United States. ORTIZ-BANUELO stated there is a pastor in the Fulton New York area, who assists illegal alien workers with getting employment at NUTRITION BAR CONFECTIONERS, located at the SUBJECT PREMISE. ORTIZ-BANUELO explained to law enforcement that she does not have a valid United States Social Security number and when she applied and interviewed for employment at NUTRITION BAR CONFECTIONERS, she offered a fraudulent identification card and a fraudulent United States Social Security card to the hiring personnel. ORTIZ-BANUELO stated she purchased a fraudulent identification card in Florida and provided the fraudulent identification card to the hiring personnel at NUTRITION BAR CONFECTIONERS at the time of her employment interview. ORTIZ-BANUELO stated that she receives a form W-2 from NUTRITION BAR CONFECTIONERS every year but on the advice of other NUTRITION BAR CONFECTIONERS employees, has never filed income tax forms.

27. On or about April 23, 2025, law enforcement encountered Maynor Abigail NOLASCO-VELASQUEZ, while conducting targeted enforcement efforts in the Oswego County area. Patrol Agents from the United States Border patrol encountered NOLASCO-VELASQUEZ at a residence during a consensual encounter. NOLASCO-VELASQUEZ admitted to being illegally present in the United States. As a result of this, NOLASCO-VELASQUEZ was arrested by the United States Border Patrol and transported to the Border Patrol station in Oswego, New York, for processing and an interview. Upon arrival to the Border Patrol station, NOLASCO-VELASQUEZ waived Miranda rights and agreed to speak with law enforcement with no promise of anything in return from Law Enforcement. At the start of the interview, NOLASCO-VELASQUEZ indicated that he did not understand English and wished to have an interpreter present during the interview,

11

so a Border Patrol agent assisted with the interview

28. NOLASCO-VELASQUEZ stated he illegally entered the United States on May 7, 2022, in Texas. NOLASCO-VELASQUEZ explained that shortly after he entered the United States illegally, he was transported to Cortland, New York, to work on a dairy farm. NOLASCO-VELASQUEZ claimed he currently lives at                          in Fulton, New York. NOLASCO-VELASQUEZ was found to be in possession of fraudulent identification cards but claimed to have never used the Identification cards.

29. NOLASCO-VELASQUEZ stated he had just been hired to start working at NUTRITION BAR CONFECTIONERS on April 28, 2025. NOLASCO-VELASQUEZ explained that he does not have a United States Social Security number and was not asked for any identification while applying to work at NUTRITION BAR CONFECTIONERS. NOLASCO-VELASQUEZ also stated he had previously worked at other locations in Oswego County that are suspected of hiring illegal aliens.

**SURVEILLANCE**

30. Since the beginning of this investigation, law enforcement has observed multiple vehicles in the parking lot of the SUBJECT PREMISE, during operating hours, that bear New York vehicle registrations. Many of these identified vehicles are registered to individuals believed to be illegally present in the United States. Below is a table showing the name of the registered owners of some of the vehicles observed in the parking lot of the SUBJECT PREMISE and the immigration status of those registered owners:

| Date | New York Registration | Registered Owner | Immigration Status |
|---|---|---|---|
| January 16, 2025 | | | Believed to be Illegally Present in the United States |
| February 20, 2025 | | | Believed to be Illegally Present in |

12

| | | | the United States |
|---|---|---|---|
| March 10, 2025 | | | Believed to be Illegally Present in the United States |
| July 28, 2025 | | | Believed to be Illegally Present in the United States |
| July 30, 2025 | | | Believed to be Illegally Present in the United States |

31. Based on my training and experience, I know the New York State Green Light Law was enacted on June 17, 2019, and took effect on December 16, 2019. It allows all residents of New York age 16 and older to apply for a standard, not-for-federal purpose, non-commercial driver license or learner permit, regardless of their citizenship or lawful status in the United States.

## TIP LINE CALLS

32. On January 28, 2025, your affiant received an anonymous tip from the HSI tip line stating NUTRITION BAR CONFECTIONERS, located at the SUBJECT PREMISE is hiring "illegal immigrants working for facility."

33. On April 3, 2025, your affiant received an anonymous tip from the HSI tip line stating NUTRITION BAR CONFECTIONERS, located at the SUBJECT PREMISE, is "hiring a large amount of illegal immigrants that have fake credentials and some are even underage."

34. On Wednesday, April 9, 2025, your affiant received an anonymous tip from the HSI tip line stating NUTRITION BAR CONFECTIONERS, located at the SUBJECT PREMISE, "The HR hires immigrants without verifying documentation and pays them less than the white peoples."

## CONCLUSION

35. Based on the above information, I respectfully submit that there is probable cause to believe that illegal aliens work at and will be present at the SUBJECT PREMISE.

13

36. I therefore respectfully request that this Court issue the requested search warrant authorizing federal immigration authorities and federal agents and task force officers working with them to search the SUBJECT PREMISE for persons believed to be aliens in the United States without legal authority, and to take such actions, with respect to those aliens, as are authorized by law.[5]

ATTESTED TO BY THE APPLICANT BY VIDEOCONFERENCE IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

Respectfully submitted,

Andrew McCoy
Special Agent
Homeland Security Investigation

I, the Honorable Hon. Thérèse Wiley Dancks, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by videoconference on August 28, 2025 in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Hon. Thérèse Wiley Dancks
United States Magistrate Judge

---

[5] As described above, this includes approaching and questioning suspected aliens concerning their status and arresting, without a warrant, aliens illegally present in the United States. *See* 8 U.S.C. §§ 1103, 1357.

14

## ATTACHMENT A

### LOCATION TO BE SEARCHED

Nutrition Bar Confectioners facility, located at 12351 State Route 34, Cato, NY, a 60,000 square foot facility, located on an 80 Acre property, as depicted in the pictures below:



Page **1** of **3**



