

United States Department of Justice

*United States Attorney*
*Northern District of New York*

|  |  |
|---|---|
| *100 South Clinton Street, P.O. Box 7198* | *Tel.: (315) 448-0672* |
| *James M. Hanley Federal Building* | *Fax: (315) 448-0658* |
| *Syracuse, New York 13261-7198* |  |

November 26, 2025

Via CM/ECF

Hon. Brenda K. Sannes
Chief U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, New York 13261-7336

    Re:    **Request to Adjourn Trial Date**
            *United States v. Juarez Lopez*, **5:25-CR-424 (BKS)**

Dear Chief Judge Sannes:

    The Government respectfully urges this Court to adjourn the December 29, 2025 trial date in the above-referenced matter. *See* Dkt. 20. The defendant filed a motion to suppress on November 10, 2025, less than three weeks after she was indicted. *See* Dkt. 13 (indictment); Dkt. 23 (suppression motion). Due to this pending motion, the Speedy Trial clock has been stopped until 30 days after any hearing on the motion (or at least until thirty days after the completion of briefing, if there is no hearing). *See* 18 U.S.C. §§ 3161(h)(1)(D) & (H). Even if this Court resolves the suppression motion before December 29, 2025, the parties would require time to prepare for trial in light of this Court's ruling. Therefore, the Government urges this Court to adjourn the trial without date, pending resolution of the suppression motion. Undersigned counsel has conferred about this request with defense counsel, who has confirmed the defense does not object.

                              Respectfully submitted,

                              JOHN A. SARCONE III
                            Acting United States Attorney

                            /s/ Michael F. Perry
By:    _____
                            Michael F. Perry
                            Assistant United States Attorney
                            Bar Roll No. 518952

cc:    Paul Tuck, Esq.