

P.O. BOX 44
MANLIUS, NY 13104

315.314.4545
PAUL@PAULTUCKLAW.COM

December 4, 2025

*Via ECF*

Hon. Brenda K. Sannes
Chief United States District Judge
Federal Building and U.S. Courthouse
Syracuse, New York 13261

RE:     Request for permission to file a 15-page reply
        *United States v. Juarez-Lopez*, 5:25-CR-424 (BKS)

Dear Judge Sannes:

I represent Argentina Juarez-Lopez in the above-captioned action. Ms. Juarez-Lopez's reply in relation to her motion to suppress is due December 8, 2025. Pursuant to Local Rule of Criminal Procedure 12.1(a), Ms. Juarez-Lopez is permitted a 10-page reply. I am writing to request permission to file a reply that will not exceed 15-pages. I emailed AUSA Michael Perry regarding this request and he has no objection.

Please let me know if you the Court has any further questions.

Respectfully submitted,

 /s/ Paul Tuck
Paul Tuck

cc:     AUSA Michael Perry, via ECF
        AUSA Michael Whalen, via ECF