U.S. DISTRICT COURT – N.D. OF N.Y.

**FILED**

**Dec 18 - 2025**

John M. Domurad, Clerk

December 18, 2025

Hon. Brenda K. Sannes
Chief U.S. District Judge
Northern District of New York

Re:   Request for exhibits
*United States vs. Juarez-Lopez, Case No. 5:25-CR-424 (BKS)*

Dear Judge Sannes–

I write to request copies of body camera footage filed in *United States vs. Juarez-Lopez*, Case No. 5:25-CR-424 (BKS). The footage was filed as five exhibits to the defendant's Motion to Suppress (Dkt. No. 23):

1. Exhibit 9: AM_Axon_Body_4
2. Exhibit 10: LV_Axon_Body_4
3. Exhibit 11: AD_Axon_Body_4
4. Exhibit 12: NH_Axon_Body_4
5. Exhibit 13: MD Axon_Body_4

I understand that there is a $34 fee associated with this request, which I am prepared to pay.

If it is at all possible to transmit these files via email or another form of online transfer, I would be grateful. Otherwise, I can arrange to have the files picked up at the Syracuse Clerk's Office.

I can be reached at 646-397-4678, or matt.shuham@huffpost.com.

Thank you very much,

*[signature]*

**Matt Shuham | HuffPost |** Senior Reporter | 646-397-4678