

P.O. BOX 44
MANLIUS, NY 13104

315.314.4545
PAUL@PAULTUCKLAW.COM

December 19, 2025

*Via ECF*

Hon. Brenda K. Sannes
Chief United States District Judge
Federal Building and U.S. Courthouse
Syracuse, New York 13261

RE:   Request for immediate detention hearing
      *United States v. Argentina Juarez-Lopez*, 5:25-CR-424 (BKS)

Dear Judge Sannes:

    I represent Argentina Jurez-Lopez in the above-captioned action. On September 8, 2025, Ms. Juarez-Lopez had an initial appearance on a criminal complaint, and a detention hearing was set for September 11, 2025. *See* Text Minute Entry on Sept. 8, 2025. On September 10, 2025, Ms. Juarez-Lopez waived her right to a timely detention hearing and preserved her right to request a hearing in the future. *See* Dkt. No. 7. Magistrate Judge Dancks granted that request and noted that Ms. Juarez-Lopez's "right to request a detention hearing in the future is preserved." *See* Dkt. No. 8 (Text Order).

    Given the Court's recent ruling on Ms. Juarez-Lopez's motion to suppress, she is now requesting a detention hearing be set as soon as practically possible.

    Please let me know if the Court has any questions.

Respectfully submitted,

*/s/ Paul Tuck*
Paul Tuck

cc:   AUSA Michael Perry, via ECF
      AUSA Michael Whalen, via ECF