

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

**John M. Domurad**
Clerk of Court

**Daniel R. McAllister**
Chief Deputy

Alexander Pirnie Federal Building
10 Broad Street
Utica, New York 13501
(315) 793-8151

December 22, 2025

Matt Shuham
HuffPost

Re:   USA vs. Juarez-Lopez
      Case No. 5:25-CR-424 (BKS)

Dear Mr. Shuham,

The Court is in receipt of your request for copies of the following videos filed as exhibits to Defendant's Motion to Suppress (Dkt. No. 23):

1. Exhibit 9:    AM_Axon_Body_4
2. Exhibit 10:   LV_Axon_Body_4
3. Exhibit 11:   AD_Axon_Body_4
4. Exhibit 12:   NH_Axon_Body_4
5. Exhibit 13:   MD Axon_Body_4

The court fee for this request is $34.00. The Court received your payment on 12/18/25 via Pay.gov – receipt number 27U0BU2K. Copies of the videos have been saved on the enclosed USB drive for you to pick up at the Syracuse Clerk's Office.

If you have any questions, please contact the clerk's office at the phone number above. Thank you.

Very truly yours,

JOHN M. DOMURAD, Clerk of Court

*Susan Evans*
Susan Evans
Deputy Clerk