IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. 5:25-CR-424 (BKS) |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ARGENTINA JUAREZ-LOPEZ,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER FOR DISMISSAL**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the government hereby dismisses Count 1 of Indictment No. 5:25-CR-424 (BKS) against Argentina Juarez-Lopez, the defendant.

The reasons for this dismissal are:

☐ Case transferred to another District

☐ Speedy Trial Act

☐ Defendant's cooperation

☒ Insufficient evidence at this time

☒ Other: The government does not intend to appeal the Court's suppression order. Dkt. 41.

With respect to this dismissal, the defendant:

☒ Consents

☐ Objects

☐ Has not been consulted

This dismissal is without prejudice.

Dated: December 24, 2025

___/s/____________________
TODD BLANCHE
Deputy Attorney General

By:

JOHN A. SARCONE III
Acting United States Attorney

/s/ Michael F. Perry
___________________________
Michael F. Perry
Assistant United States Attorney
Bar Roll No. 518952

Leave of court is granted for the filing of the foregoing dismissal.

Dated and entered this ________ day of __________________, 202____.

_________________________________
Hon. Brenda K. Sannes
Chief United States District Judge