IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.    5:25-CR-424 (BKS) |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ARGENTINA JUAREZ-LOPEZ,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>ORDER FOR DISMISSAL</u>

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court

endorsed hereon, the government hereby dismisses Count 1 of Indictment No. 5:25-CR-424 (BKS)

against Argentina Juarez-Lopez, the defendant.

The reasons for this dismissal are:

☐    Case transferred to another District

☐    Speedy Trial Act

☐    Defendant's cooperation

☒    Insufficient evidence at this time

☒    Other:    The government does not intend to appeal the Court's suppression order. Dkt. 41.

With respect to this dismissal, the defendant:

☒    Consents

☐    Objects

☐    Has not been consulted

This dismissal is without prejudice.

Dated: December 24, 2025

                                                 /s/

TODD BLANCHE
Deputy Attorney General

By:

JOHN A. SARCONE III
Acting United States Attorney

/s/ Michael F. Perry

_____

Michael F. Perry
Assistant United States Attorney
Bar Roll No. 518952

Leave of court is granted for the filing of the foregoing dismissal. Dated

and entered this _____29th_____ day of _____December_____, 2025.

Hon. Brenda K. Sannes
Chief United States District Judge

2